*curiae* granted. Certiorari denied. 

No. 92–1934. J. M. *v.* V. C. Sup. Ct. N. J. Motions of World Federation of Doctors Who Respect Human Life et al., Concerned Women for America et al., and University Faculty for Life et al. for leave to file briefs as *amici curiae* granted. Motion of respondent for sanctions denied. Certiorari denied.

No. 92–1947. WOODS *v.* AT&T INFORMATION SYSTEMS ET AL. C. A. 11th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition. 

No. 92–2010. AT&T FAMILY FEDERAL CREDIT UNION ET AL. *v.* FIRST NATIONAL BANK & TRUST CO. ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition. 

No. 93–9. WASHINGTON SUBURBAN SANITARY COMMISSION *v.* CAE-LINK CORP. ET AL. Ct. App. Md. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition. 

No. 92–1982. HILLCREST MEDICAL CENTER *v.* SCRIBNER. Ct. App. Okla. Motions of American Tort Reform Association and American Hospital Association et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 92–1987. CARNIVAL CRUISE LINES, INC. *v.* MORTON ET VIR. C. A. 9th Cir. Motion of International Council of Cruise Lines for leave to file a brief as *amicus curiae* granted. Certiorari denied. 

No. 92–2003. TIMES PUBLISHING CO. *v.* UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA. C. A. 11th Cir. Motion of petitioner to enlarge the record denied. Motion of petitioner to further enlarge the record denied. Certiorari denied. 

No. 92–2004. OHIO *v.* DENUNE ET AL. Ct. App. Ohio, Butler County. Motion of Ohio Prosecuting Attorneys Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.